981 So.2d 1276 (2008)
Theresa M. BENDER, In Her Official Capacity as the Chapter 7 Bankruptcy Trustee for Ridley Owens, Inc., Appellant,
v.
James L. RIDLEY, Jr., Individually, and Taylor, Cotton & Ridley, Inc., and Ridley Owens of Virginia, Inc., Appellees.
No. 1D08-1121.
District Court of Appeal of Florida, First District.
May 21, 2008.
H. Richard Bisbee, William G. Reeves, and Pat Frank, Tallahassee, for Appellant.
Leonard E. Ireland, Jr., Gainesville, for Appellees.
PER CURIAM.
DISMISSED. See Allstate Ins. Co. v. Boyette, 745 So.2d 531 (Fla. 1st DCA 1999).
WEBSTER, DAVIS, and HAWKES, JJ., concur.